1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   RANDY TEJADA,                              ) Case No.: 1:21-cv-1112 JLT EPG (PC)
                                                )
12                   Plaintiff,                 ) ORDER ADOPTING FINDINGS AND
                                                ) RECOMMENDATIONS AND DISMISSING THE
13           v.                                 ) ACTION WITHOUT PREJUDICE
                                                )
14   S. CALDERON,                               ) (Doc. 40)
                                                )
15                   Defendant.                 )
                                                )
16                                              )

17         After the defense filed a motion for summary judgment, the Court ordered Plaintiff to file an

18   opposition or a statement of non-opposition to it. (Doc. 39.) Plaintiff did not respond. Therefore, the

19   magistrate judge found Plaintiff had failed to prosecute this action and failed to comply with the

20   Court's order. (Doc. 40 at 1-2.) The magistrate judge recommended the action be dismissed, without

21   prejudice, and the pending motion be denied as moot. (*Id.* at 4.)

22         The Court served the Findings and Recommendations, and it notified him that any objections

23   were due within 14 days of the date of service. (Doc. 40 at 4.) The Court also informed him that the

24   "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*,

25   citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391,

26   1394 (9th Cir. 1991).) To date, Plaintiff has not filed objections and the time to do so has passed.

27   Plaintiff has not taken any action to further prosecute this case.

28

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 12, 2023 (Doc. 40) are **ADOPTED**.
2. This case is **DISMISSED** without prejudice.
3. Defendant's pending motion for summary judgment is denied as **MOOT**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 20, 2023**                                          /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE